1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00257-JLT-SKO |
12 | Plaintiff, | STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER |
13 | v. | |
14 | JUAN SUAREZ, JR., | |
15 | | |
16 | Defendant. | |

17

18                              **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through defendant's counsel of record, hereby stipulate as follows:

21      1.      By previous order, this matter was set for trial on October 24, 2023.

22      2.      The United States and defendant, Juan Suarez Jr., request that the Court vacate the

23 current trial date as to Mr. Suarez only, and set this matter for a change of plea hearing on October 18,

24 2023. No exclusion of time is necessary as time was previously excluded up to and including October

25 24, 2023.

26

27      IT IS SO STIPULATED.

28

STIPULATION VACATING TRIAL DATE                          1

Dated:  September 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  September 7, 2023

/s/ PRECILIANO MARTINEZ
PRECILIANO MARTINEZ
Counsel for Defendant
JUAN SUAREZ JR.

## FINDINGS AND ORDER

The trial date currently scheduled for October 24, 2023, is vacated.  The matter is hereby scheduled for a change of plea hearing on October 16, 2023.

IT IS SO ORDERED.

Dated:  **September 8, 2023**

UNITED STATES DISTRICT JUDGE