PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
520 13th street
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
office@percymartinez-law.com

Attorney for Defendant
Juan Suarez Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>vs.<br>Juan Suarez Jr.,<br>       Defendant. | CASE NO. 1:21-CR-00257-JLT-SKO<br><br>STIPULATION [AND PROPOSED ORDER] TO CONTINUE SENTENCING<br><br>Date: March 11, 2024<br>Time: 10:00 a.m.<br>Honorable Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Antonio Pataca, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Juan Suarez Jr., that the sentencing date scheduled for February 20, 2024 at 10:00a.m. be vacated and the sentencing date be continued to this Court's calendar on March 11, 2024, at 10:00 a.m. Due to receipt of Presentence Investigation report by defense counsel on January 30, 2024 it was impossible to file objections in a timely fashion. Defense counsel and the government request that all sentencing and disclosure schedules be reset accordingly. Therefore, we respectfully ask the Court to continue the sentencing to March 11, 2024.

//

//

//

The court is advised that counsel have conferred about this request, that they have agreed to the court date of March 11, 2024.

Respectfully Submitted,

Dated: February 1, 2024

/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant

Dated: February 1, 2024

/s/Antonio Pataca
Antonio Pataca
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current February 20, 2024, sentencing date is hereby vacated and reset to March 11, 2024.

Date:  February 2, 2024

_____
Honorable Judge Jennifer L. Thurston

PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
520 13th street
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
Juan Suarez Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00257-JLT-SKO |
| Plaintiff, | DECLARATION OF DEFENDANT IN SUPPORT OF |
| vs. | |
| Juan Suarez Jr., | |
| Defendant. | |

I, Preciliano Martinez, declare:

1. I am the attorney for Juan Suarez Jr.

2. Due to receipt of Presentence Investigation report by defense counsel on January 30, 2024 it was impossible to file objections in a timely fashion.

I declare under penalty of perjury according to the laws of the State of California that the forgoing is true and correct and that this Declaration was executed on February 1, 2024 in Modesto, California.

Dated: 2-1-24

Respectfully submitted,

_____
Preciliano Martinez

1