PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
520 13th Street
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
Juan Suarez Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 1:21-CR-00257-JLT-SKO |
| | ) | STIPULATION AND ORDER VACATING |
| vs. | ) | DATE, AND CONTINUING CASE |
| JUAN SUAREZ JR., | ) | DATE: May 13, 2024 |
| | ) | TIME: 9:00a.m. |
| Defendant | ) | Honorable: Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Antonio Pataca, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Juan Suarez Jr that the Sentencing date scheduled for March 11, 2024, at 9:00 a.m. , be vacated and the sentencing be continued to this court's calendar on May 13, 2024 at 9:00 a.m. A continuance is requested because Mr. Martinez has a matter set for March 11, 2024 at 8:30 a.m. in Stanislaus county, currently set for Trial on March 12, 2024 and Mr. Martinez must be present in that matter. Additionally Mr. Martinez needs more time to review the formal probation report with defendant who is currently housed in McFarland CA. facility and visits are appointment only. Due to Mr. Martinez Trial schedule it is impossible to schedule an appointment prior to March 11, 2024.

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of May 13, 2024 and that Mr. Pataca has authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for adequate preparation of counsel May 13, 2024 and that the ends of justice outweigh the defendants right under The Speedy Trial Act.

**IT IS SO STIPULATED**

Dated: March 6, 2024

/s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
Juan Suarez Jr

Dated: March 6, 2024

/s/Antonio Pataca
Antonio Pataca
Assistant United States Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current March 11, 2024 sentencing hearing is hereby vacated and reset to May 13, 2024.

Dated: March 6, 2024

Hon. Jennifer L. Thurston
United States District Judge